UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOISES BATRES GUEVARA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ISCHIA, INC., et al.,**<br><br>Defendants. | Civil Action No. 13-895 (JDB) |

### ORDER

Pending before the Court is [32] the parties' joint motion for settlement. Although "no binding caselaw in this Circuit requires a district court to assess proposed FLSA settlements ex ante[,] . . . since the parties in this matter have mutually sought judicial approval of their proposed settlement, the Court will review the settlement's FLSA related terms." Carrillo v. Dandan Inc., No. 13-671, 2014 WL 2890309, at * 5 (D.D.C. 2014). Having reviewed the totality of the circumstances, the Court finds that the settlement is fair and reasonable. See id. at *6. Hence, upon consideration of the settlement agreement reviewed in camera, the parties' representations at the motion hearing held on October 1, 2014, the applicable law, and the entire record herein, it is hereby

**ORDERED** that [32] the parties' joint motion for settlement is **GRANTED**; it is further

**ORDERED** that the Settlement Agreement and General Release submitted by the parties is **APPROVED**; and it is further

**ORDERED** that this action is **DISMISSED** with prejudice.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  October 3, 2014